**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

AMY FINLEY O/B/O HERSELF AND
W.F., a minor child                                                                                         PLAINTIFF


V.                          NO. 4:06CV01576 GTE/JTR


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                                DEFENDANT


**JUDGMENT**

Pursuant to the Order filed this date, IT IS CONSIDERED, ORDERED, AND ADJUDGED

that this case be DISMISSED, WITH PREJUDICE.  The relief sought is DENIED.

Dated this 25th day of February, 2009.


                                                                    /s/ Garnett Thomas Eisele
                                                               UNITED STATES DISTRICT JUDGE